Spring 1811.
First District.

SYNDICS OF
SEGUR
*vs.*
BROWN.

termined.    The defendant had no counsel in the parish court, being himself an attorney.

*Livingston* for the motion.   *Depeyster* contra.

———— ❖ ————

SYNDICS OF SEGUR vs. BROWN.

Referees may
report special-
ly.

THIS suit having been submitted to referees, under the acts of assembly of 1804,  *c.* 2. *s.*  2. and 1805. *c.* 26. *s.* 20.    They made a report, stating the accounts of the parties, referring the determination of the question that arose upon them, to the court.

*Mazureau,* moving that the account might be

recommitted. The referees ought to have finally passed on the whole matter in dispute.

*Duncan* contra. By the first act, the referees are to state the accounts, and report their opinion thereon to the court. By the latter, they are to make their report, " which shall be conclusive " *as to the state of such accounts*, if the same " shall be confirmed by the court."

*By the Court.* An award must be final, because the arbitrators are the judges whom the parties have chosen for themselves. Not so, the report of referees, who are only appointed to ease the court of the labour of scrutinising long and intricate accounts. This is the principle of the Spanish law : *no se han de nombrar para ningun articulo que consista in* DERECHO ; but, *en caso que consista en cuenta ô tassacion, ô pericia de persona ô arte. Cur. Phil.* 89. *n.* 26.

MOTION OVERRULED.